**RAJAN & RAJAN, LLP**
3146 Route 27, Suite 202
Kendall Park, New Jersey 08824
(732) 283-1955
(732) 283-1877 (fax)
Attorneys for Plaintiffs



## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY (NEWARK)

| | |
|---|---|
| AMERIRESOURCES, LLC and VITAL ENERGY, LLC,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>LUKOIL NORTH AMERICA, LLC, WILLIAM BRIDGES, Territory Manager for Lukoil North America, LLC, LOUIS P. MASCHI, Director of Regional Operations for Lukoil North America, LLC, DAVE SCHMIDT, Territory Manager for Lukoil North America, LLC, and ROY ALTON, Regional Manager for Lukoil North America, LLC,<br><br>　　　　　　　　Defendants. | Hon. Faith S. Hochberg, U.S.D.J.<br>Hon. Michael A. Shipp, U.S.M.J.<br>Case No.: 2:11-cv-00582-FSH-MAS<br><br>CIVIL ACTION<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Electronic Filing |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

　　　　Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiffs, Ameriresources, LLC and Vital Energy, LLC and or their counsel(s), hereby give notice that the above captioned action is voluntarily dismissed, without

prejudice against the Defendants, Lukoil North America, LLC, William Bridges, Louis P. Maschi, Dave Schmidt and Roy Alton.

By: **s/ Mahesh Rajan**
Mahesh Rajan, Esq.
**RAJAN & RAJAN, LLP**
3146 Route 27, Suite 202
Kendall Park, New Jersey 08824
Attorneys for Plaintiffs
E-Mail: mahesh@rajanandrajan.com
(732) 283-1955
(732) 283-1877 (fax)

By: **s/ Kunal Shah**
Kunal Shah, Esq.
**RAJAN & RAJAN, LLP**
3146 Route 27, Suite 202
Kendall Park, New Jersey 08824
Attorneys for Plaintiffs
E-Mail: kunal@rajanandrajan.com
(732) 283-1955
(732) 283-1877 (fax)

Dated: May 10, 2011

So Ordered. 5-11-11.

/s/ Faith S. Hochberg

Hon. Faith S. Hochberg, USDJ

The Clerk of the Court is directed to terminate the pending motion (Dkt. No. 18) and to close the case.